*MHN*

**RECEIVED**
7-28-2009
JUL 2 8 2009 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ADKISSON JOHN
(DaviD Manning #52 witness)

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**09 C 4558**
**Judge John W. Darrah**
**Magistrate Geraldine Soat Brown**

vs.                  (

(To be supplied by the <u>Clerk of this Court</u>)

c/o Boan Heart 11–7shift

Tom Dart c-county sheriff

ToD Stroger c-c Board

President

---

---

(Enter above the full name of ALL
defendants in this action.  <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

_X_          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             **U.S. Code** (state, county, or municipal defendants)

_____       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
             **28 SECTION 1331 U.S. Code** (federal defendants)

_____       **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: JOHN ADKISSON

B.    List all aliases: Miss Helluva

C.    Prisoner identification number: 200900156666

D.    Place of present confinement: COOK County Jail

E.    Address: P.O. Box D89002 chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Bawn Herolt

Title: Correctional Officer

Place of Employment: Cook County Jail

B.    Defendant: Cook County Dept. of Corrections / Tom Dart

Title: Cook County Sheriff

Place of Employment: _____

C.    Defendant: Todd Stroger

Title: Cook County Board President

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____N/A_____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____N/A_____

_____

D.   List all defendants: _____

_____N/A_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F.   Name of judge to whom case was assigned: _____N/A_____

_____

G.   Basic claim made:_____N/A_____

_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

_____

I.   Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I came to cook county jail for
3-10-09 Bond court as I await for
court I was placed in a
Bull pin with others who await
for court. me Being a Real
Transexual this is a Hard
Task as it is, well Another
Inmate said some Hateful Things
Based on my life style. And I
Responded Back, Before I knew
it c/o Boan Heart was Attaking
me on camo!! my understanding
was incomplet in why. to
later (in) But that His act
was Based on Discrimanation
Gay Bashing a Hate crime Jepordiz-
ing my well Being exciting
a Riot and not professional

There was a young man who watch this (Brutal) attack and said He wand Be a witness to This. His name was David Manning His court # T.D. Bond court was #52 mine was # 4/2 Look we as Homosexual & Transexuals come in these Facilitys Above we Didn't come in (Plugen) if we Dont Have the Respect and The Support from these Facilitys Then we are Left with Nothing where Do I turn when I Have no-one nor any where to Turn Now I Have Been place in (Protected custody) afraid of C/o's Conduct C/o's Bounrkenqt response was He gave The System to Long nothing cun Happen to Him.

All This Took place on The Bridge of cook county court House

end of 11-7 Shift going into 7am-3

Revised 9/2007

5

## V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

In Fighting For His Job And to

Be Paid For A Serterl ment From

Cook County And c/o Boan 1-mart

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___ day of _17_ , 20_0 9_

A DKissoal JoHN
(Signature of plaintiff or plaintiffs)

JoHN ADKisson
(Print name)

2009001 5 6 6 6
(I.D. Number)   P.O. Box 089002

chicago I2, 60608
(Address)

6

Revised 9/2007



IV. On 3/10/09, I awaited to see judge for a bond. I was placed in a holding cell with other individuals who were also awaiting bond hearings. During my wait to see bond judge some detainee said some very discriminatory remarks because I am a open transexual. Being an open transexual is a challenged lifestyle as is. While being verbally assaulted by the detainee, Correctional Officer Boanheart (sp?) was also saying hateful, discriminatory, inflamatory things regarding my sexual preference. It wasn't just a comment here, there. It was an ongoing tirade against me. I did not provoke or give any reason what-so-ever for the officer to attack me in such a way. He was clearly "gay bashing" which is of course a hate crime. The officer intentionally, knowingly endangered my personal safety by not behaving in a proffessional manner which incited a riot in the holding cell. I do have a witness by the name of David Manning who was in the holding cell with me. In brief, He witnessed the entire incident. I am afraid of ~~the~~ the correctional officers mis-conduct, have placed myself in protective custody. Correctional Officer Boanheart (sp?) even indicated that he has been working here too long, that nothing can happen to him if I were to pursue this.

V. I would like not only disiplinary action taken

some very discriminatory remarks. I am a open transexual. Being an open transexual is a challenged lifestyle as is. While being verbally assaulted by the detainee, Correctional Officer Boanheart (sp) was also saying hateful; discriminatory; inflamatory things regarding my sexual preference. It wasn't just a comment here; there. It was an ongoing tirade against me. I did not provoke or give any reason what-so-ever for the officer to attack me in such a way. He was clearly "gay bashing" which is of course a hate crime. The officer intentionally; knowingly endangered my personal safety by not behaving in a proffesional manner which incited a riot in the holding cell. I do have a witness by the name of David Manning who was in the holding cell with me. In brief, He witnessed the entire incident. I am afraid of the correctional officers mis-conduct; have placed myself in protective custody. Correctional Officer Boanheart (sp) even indicated that he has been working here too long; that nothing can happen to him if I were to pursue this.

I would like not only disiplinary action taken against Officer Boanheart to the fullest extent of breaking such rules; what official misconduct would carry, I'd also would like to be compensated for mental; emotional pain; suffering; distress, caused by his behavior, by the Cook County Board, The Sheriffs Office; the Director of the Jail.

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ - _____ Div.: _____ Living Unit: _____ Date: __ / __ / __

BRIEF SUMMARY OF THE COMPLAINT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING: _____
_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: _____

**Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.**

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ - _____ Div.: _____ Living Unit: _____ Date: ___ / ___ / ___

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING: _____

_____

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: ___ / ___ / ___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)